FILED
2015 MAR 17 A 9 45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANNA ZBITNOFF,

    Plaintiff,

vs.

NATIONSTAR MORTGAGE LLC, et al.,

    Defendant.

CV 15 1241 NJV

CASE NO. _____

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

  I, ANNA ZBITNOFF _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

  In support of this application, I provide the following information:

1. Are you presently employed?    Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: n/a _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____

5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7  a. Business, Profession or  Yes ✓  No ___
8     self employment?

9  b. Income from stocks, bonds,  Yes ___  No ✓
10    or royalties?

11 c. Rent payments?  Yes ✓  No ___

12 d. Pensions, annuities, or  Yes ___  No ✓
13    life insurance payments?

14 e. Federal or State welfare payments,  Yes ___  No ✓
15    Social Security or other govern-
16    ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.

19 I was (no longer) receiving rental income from the property that is subject to this litigation.
20 I trim hooves of horses. Earnings from this are minimal.

21 3. Are you married?  Yes ___  No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____

26 4. a. List amount you contribute to your spouse's support:$ _____
27    b. List the persons other than your spouse who are dependent upon you for support
28       and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

Case1:15-cv-01241-NJV Document2 Filed03/17/15 Page3 of 4

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.  Do you own or are you buying a home?   Yes ✓  No ____

Estimated Market Value: $ 350,000   Amount of Mortgage: $ 356,000

6.  Do you own an automobile?   Yes ____ No ____

Make Chevrolet   Year 1992   Model Pickup

Is it financed? Yes ____ No ✓  If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account? Yes ✓ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: Savings Bank of Mendocino County

200 N School St, Ukiah, CA 95482

Present balance(s): $ -0-

Do you own any cash? Yes ____ No ✓  Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ____ No ✓

_____

8.  What are your monthly expenses?

Rent: $ 1,692 (mortgage)   Utilities: 140

Food: $ 200   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

WILMINGTON TRUST v. ZBITNOFF, Mendocino Co. Sup. Ct. #MCUK-CVUD-14-12744

WILMINGTON TRUST v. WINNINGHAM, Mendo Co. Sup. Ct. #MCUK-CVUD-14-12823

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-15-15  
DATE

_[signature]_  
SIGNATURE OF APPLICANT