1  KATE SULLIVAN (State Bar No. 180203)
   ELENA K. KOUVABINA (State Bar No. 235918)
2  ekk@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
7

8  ANNA ZBITNOFF
   P.O. Box 832
9  Redwood Valley, CA 95470
   Telephone: (707) 489-0201
10

11 *Pro Se* Plaintiff

12
                    UNITED STATES DISTRICT COURT
13
        NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
14

15

16 ANNA ZBITNOFF,                          Case No. 3:15-CV-01241-WHA

17          Plaintiff,

18     vs.                                  **STIPULATION AND [PROPOSED]
                                            ORDER RE: EXTENSION OF TIME TO
19 NATIONSTAR MORTGAGE LLC;                 RESPOND TO DEFENDANT'S MOTION
   SAGE POINT LENDER SERVICES;              TO DISMISS (FIRST REQUEST)**
20 and DOES 1 through 20, inclusive,
                                            Judge:   The Hon. William H. Alsup
21          Defendants.
                                            Action Filed:   March 17, 2015
22

23

24         IT IS HEREBY STIPULATED, pursuant to L.R. 7-12, by and between Defendant

25 Nationstar Mortgage LLC ("Nationstar" or "Defendant") and Plaintiff Anna Zbitnoff, *pro se,*

26 (together, the "Parties"), that Plaintiff shall receive a fourteen (14) day extension of time to July

27 21, 2014, to file its response to Defendant's Motion to Dismiss. This is the first stipulation seeking

28 an extension of time.

1  Plaintiff's response to Defendant's Motion to Dismiss is currently due on July 7, 2015.
2 The parties stipulate to an extension of time for two reasons.  First, Plaintiff misunderstood that
3 the response to the originally filed motion would be due on the originally scheduled date after the
4 cases were related and the Court ordered that the originally noticed motion should be re-noticed.
5 After the motion was re-noticed, court staff entered docket text stating the response would due on
6 July 21, 2015.  Later court staff added a revised docket text stating the response was due on July 7,
7 2015.  Secondly, the legal document assistant who is assisting Plaintiff has suffered a death in the
8 family.  Should this stipulation be approved, Defendant will have until July 28, 2015 to file the
9 reply brief.

10  IT IS SO STIPULATED.

12 DATED:  July 7, 2015   SEVERSON & WERSON
  A Professional Corporation

15   By:   */s/ Elena Kouvabina*
    Elena K. Kouvabina

17   Attorneys for Defendant NATIONSTAR MORTGAGE LLC

18 DATED:  July 7, 2015

21   By:   */s/ Anna Zbitnoff*
    Anna Zbitnoff

22   Plaintiff Anna Zbitnoff, in *pro per*

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

27 DATED:  July 8, 2015.   By:   [signature]
    JUDGE WILLIAM H. ALSUP