1  KATE SULLIVAN (State Bar No. 180203)
   ELENA K. KOUVABINA (State Bar No. 235918)
2  ekk@severson.com
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
7

8  ANNA ZBITNOFF
   P.O. Box 832
9  Redwood Valley, CA 95470
   Telephone: (707) 489-0201
10

11 *Pro Se* Plaintiff

12
                    UNITED STATES DISTRICT COURT
13
       NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION
14

15
   ANNA ZBITNOFF,                          Case No. 3:15-CV-01241-WHA
16
                Plaintiff,
17
           vs.                             **STIPULATION AND [~~PROPOSED~~]
18                                         ORDER RE: EXTENSION OF TIME TO
   NATIONSTAR MORTGAGE LLC;                RESPOND TO DEFENDANT'S MOTION
19 SAGE POINT LENDER SERVICES;             TO DISMISS (FIRST REQUEST)**
   and DOES 1 through 20, inclusive,
20                                         Judge:   The Hon. William H. Alsup
                Defendants.
21                                         Action Filed:    March 17, 2015

22

23

24        IT IS HEREBY STIPULATED, pursuant to L.R. 7-12, by and between Defendant

25 Nationstar Mortgage LLC ("Nationstar" or "Defendant") and Plaintiff Anna Zbitnoff, *pro se,*

26 (together, the "Parties"), that Plaintiff shall receive a seven (7) day extension of time to July 28,

27 2015, to file its response to Defendant's Motion to Dismiss.

28        Plaintiff's response to Defendant's Motion to Dismiss was currently due on July 21, 2015.

1  This is the second stipulation seeking an extension of time, adding one week to the original two
2  week extension.  As stated in the first stipulation, the legal document assistant who is assisting
3  Plaintiff has suffered a death in the family.  This has required her to spend time away from home
4  making final arrangements and moving personal furnishings and belongings.  Should this
5  stipulation be approved, Defendant will have until August 4, 2015 to file the reply brief.
6         IT IS SO STIPULATED.

8  DATED:  July 24, 2015                    SEVERSON & WERSON
                                             A Professional Corporation

11                                           By:    */s/ Elena Kouvabina*
                                                       Elena K. Kouvabina

13                                           Attorneys for Defendant NATIONSTAR MORTGAGE LLC

14 DATED:  July 24, 2015

17                                           By:    */s/ Anna Zbitnoff*
                                                       Anna Zbitnoff

18                                           Plaintiff Anna Zbitnoff, in *pro per*

21         PURSUANT TO STIPULATION, IT IS SO ORDERED.

23 DATED:  July 27, 2015.                   By:    [signature]
                                                   JUDGE WILLIAM H. ALSUP