IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANNA ZBITNOFF,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, SAGE POINT LENDER SERVICES, and DOES 1 through 20, inclusive,

    Defendants.

No. C 15-01241 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Nationstar Mortgage and against plaintiff Anna Zbitnoff.

    **IT IS SO ORDERED.**

Dated: September 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE